■ RONALD COLEMAN, Appellant, v NEW YORK CITY POLICE DEPARTMENT, Respondent. [815 NYS2d 826]—Order, Supreme Court, New York County (Nicholas Figueroa, J.), entered April 5, 2005, which granted defendant's motion to dismiss the complaint for failure to state a cause of action, unanimously affirmed, without costs.

This complaint against the New York City Police Department,

like the one plaintiff filed several years ago against Nassau County (*Coleman v Nassau County*, 2 AD3d 562 [2003], *lv denied* 2 NY3d 707 [2004], *cert denied* 543 US 933 [2004], *reh denied* 543 US 1178 [2005]), fails to state any cognizable cause of action. Concur—Mazzarelli, J.P., Andrias, Nardelli, Gonzalez and Malone, JJ.